## Emilio Longhi, trading as Italian & Greek Products Company, Plaintiff in Error, v. Frederick Sabatini, Defendant in Error.

### Gen. No. 21,451.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the October term, 1916. Affirmed. Opinion filed December 18, 1916.

### Statement of the Case.

Action by Emilio Longhi, trading as Italian & Greek Products Company, plaintiff, against Frederick Sabatini, defendant, to recover money alleged to have been collected by the defendant while acting as agent for the plaintiff. To review a judgment for defendant, plaintiff prosecutes a writ of error.

CAIROLI GIGLIOTTI, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE DEVER delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1034*—*what Appellate Court will not take judicial notice of.* The Appellate Court cannot take judicial notice of the rules of the Municipal Court of Chicago.

2. APPEAL AND ERROR, § 1319*—*when ruling on motion in trial court presumed correct.* Where a reversal was sought on behalf of a defendant on the ground that the trial court had erroneously refused to grant a postponement of the trial because the defendant's attorney was actually engaged in the trial of a case in another court, *held* that as no affidavit was presented to the trial court at the time the motion was made, the Appellate Court had no means of determining on the record whether the action of the trial court was or was not an abuse of discretion, the presumption being that the court acted legally and fairly.

*See Illinois Notes Digest. Vols. XI to XV, and Cumulative Quarterly, same topic and section number